FILED: September 8, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-4565

(3:19-cr-00068-MOC-SCR-1)

_____

UNITED STATES OF AMERICA

       Plaintiff - Appellee

v.

JAMES ANTHONY WILLIAMS

       Defendant - Appellant

---

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the Western District of North Carolina at Charlotte |
| Originating Case Number | 3:19-cr-00068-MOC-SCR-1 |
| Date notice of appeal filed in originating court: | 09/05/2023 |
| Appellant(s) | James Anthony Williams |
| Appellate Case Number | 23-4565 |
| Case Manager | Richard H. Sewell<br>804-916-2702 |